NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1407, -1408

## IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

-----------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

GENERAL MOTORS CORPORATION,

Defendant-Appellee.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816 and 07-CV-2339, Judge R. Gary Klausner.

## O R D E R

The court notes that General Motors Corporation has not filed a status report within the time set by the court's July 8, 2009 order.

Upon consideration thereof

IT IS ORDERED THAT:

General Motors is directed to file a status report within 30 days of the date of this order and every 90 days thereafter concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted. Any other party may file a status report or respond to a status report.

FOR THE COURT

FEB 2 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Stephen C. Neal, Esq.
     Matthew J. Moore, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2010

JAN HORBALY
CLERK